**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

Appellate case name:     *Action Towing, Inc. v. The Mint Leasing, Inc.*

Appellate case number:   01-13-00868-CV

Trial court case number: 2011-75403

Trial court:             234th District Court of Harris County

Date motion filed:       December 8, 2014

Party filing motion:     Appellant

   It is ordered that the motion for rehearing is ☒ **DENIED** ☐ **GRANTED.**


Judge's signature: /s/ Evelyn V. Keyes
               ☐ Acting individually    ☒ Acting for the Court

Panel consists of:  Chief Justice Radack and Justices Jennings and Keyes


Date:  January 27, 2015